UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES LEE PALMER, No. 53706-097,

        Petitioner,

      v.                                      Case No. 25-cv-118-JPG

WARDEN DANIEL SPROUL,

        Respondent.

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner James Lee Palmer's

petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

**DATED: April 15, 2025**         **MONICA A. STUMP, Clerk of Court**

                                    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**